UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2012

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO: _____ |
| v. | |
| | VIOLATIONS: |
| WILLIAM OBANDO-GONZALEZ, (1) | |
| | 46 U.S.C. §§ 70503, 70506(b) |
| CARLOS IVAN ORTEGA-TELLO, (2) | (Conspiracy to Distribute, and Possess |
| Also known as: "Gordo," | with Intent to Distribute, Five Kilograms |
| | or More of Cocaine and 100 Kilograms or |
| ALFREDO MOSQUERA-MURILLO, (3) | More of Marijuana on Board a Vessel |
| Also known as: Alfredo Lopez-Gutierrez, | Subject to the Jurisdiction of the United |
| | States) |
| JOAQUIN CHANG-RENDON, (4) | |
| Also known as: Joaquin Contreras, | 18 U.S.C. § 2 |
| Also known as: "Cirujano," | (Aiding and Abetting) |
| | |
| ANTONIO MORENO-MEMBACHE, (5) | 46 U.S.C. § 70507 |
| | (Forfeiture) |
| Defendants. | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

From in or about January 2012, and continuing thereafter up to February 2013, the exact dates being unknown to the Grand Jury, in Colombia and elsewhere, the defendants, WILLIAM OBANDO-GONZALEZ, CARLOS IVAN ORTEGA-TELLO, also known as "Gordo," ALFREDO MOSQUERA-MURILLO, also known as "Alfredo Lopez-Gutierrez," JOAQUIN CHANG-RENDON, also known as "Joaquin Contreras," also known as "Cirujano," and

ANTONIO MORENO-MEMBACHE, and others known and unknown to the Grand Jury, did knowingly, intentionally, and willfully, conspire, and agree to commit the following offense against the United States: (1) to knowingly and intentionally distribute, and possess with intent to distribute, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States, and (2) to knowingly and intentionally distribute, and possess with intent to distribute, 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, on board a vessel subject to the jurisdiction of the United States; all in violation of Title 46, United States Code, Sections 70503 and 70506(b); Title 21, United States Code, Sections 960(b)(1)(B) and (b)(2)(G), and Title 18, United States Code, Section 2.

> (Conspiracy to distribute, and possess with intent to distribute, five (5) kilograms or more of cocaine, and 100 kilograms or more of marijuana, on board a vessel subject to the jurisdiction of the United States in violation of Title 46, United States Code, Sections 70503 and 70506(b); Title 21, United States Code, Sections 960(b)(1)(B) and (b)(2)(G), and Title 18, United States Code, Section 2)

## **FORFEITURE ALLEGATION**

Upon conviction of Count One alleged in this Indictment, the defendants so named and convicted of that count shall forfeit to the United States, all property used or intended for use to commit or to facilitate the commission of the violation.

All pursuant to Title 46, United States Code, Section 70507 and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461.

A TRUE BILL:

_____
FOREPERSON

_____
ARTHUR WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By: _____
Jamie Perry, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
145 N Street, Northeast
East Wing, Second Floor
Washington, D.C. 20530
(202) 307-3262
Jamie.Perry@usdoj.gov