# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  | Criminal No. | 13-134 | (BAH) |

vs.

WILLIAM OBANDO-GONZALEZ

Category     B

CARLOS IVAN ORTEGA-TELLO

**SEALED**

ALFREDO MOSQUERA-MURILLO

JOAQUIN CHANG-RENDON

ANTONIO MORENO-MEMBACHE

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on   Aug 6, 2013   from   Judge Beryl A. Howell

to   Calendar Committee                     by direction of the Calendar Committee.

(Defendants are Fugitives)

JUDGE ELLEN S. HUVELLE

Chair, Calendar and Case
Management Committee

cc:

Judge Beryl A. Howell                                   & Courtroom Deputy

**& Courtroom Deputy**

U.S. Attorney's Office-Judiciary Square Building, Room 5133

Statistical Clerk