UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 24 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM OBANDO-GONZALEZ,<br><br>CARLOS IVAN ORTEGA-TELLO,<br>    a/k/a "Gordo,"<br><br>ALFREDO MOSQUERA-MURILLO,<br>    a/k/a "Alfredo Lopez-Gutierrez,"<br><br>JOAQUIN CHANG-RENDON,<br>    a/k/a "Joaquin Contreras,"<br>    a/k/a "Cirujano,"<br><br>ANTONIO MORENO-MEMBACHE,<br><br>                Defendants. | CRIMINAL NO. 13-cr-134 (BAH)<br><br>**UNDER SEAL** |

**ORDER**

Upon motion of the United States to unseal the entire case in the above-captioned matter, and for good cause shown, it is hereby

**ORDERED** that the entire case in the above-captioned matter is hereby unsealed at the request of the United States until further order of the Court.

_____
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DATED: 11/24/2014