UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 13-134-04 (BAH) |
| | ) |
| ALFREDO MOSQUERA-MURILLO, | ) |
| | ) |
| Defendant. | |

## REPORT OF ATTORNEY CLIENT DISCUSSIONS AND REJECTION OF PLEA OFFER

Alfredo Mosquera-Murillo, through undersigned counsel, respectfully submits this report to inform the court of conferences and discussions respecting the government's plea offered tendered on January 9, 2015, with a deadline of January 15, 2015. It is notable that the government provided the proposed plea in English only. The translation of a densely written, highly technical plea agreement, with its multiple references to the federal code and the federal sentencing guidelines, is time consuming and laborious for even seasoned judicial translators. For the government to expect counsel, in six days, to translate and properly discuss the tendered plea agreement with Mr. Mosquera shows a disregard for the ethical obligations of counsel. In any case, counsel immediately rejected the January 15th deadline. Counsel did meet with Mr. Mosquera before the deadline, however, to provide a spoken or sight translation of the plea agreement. On February 10, 2015, counsel prepared a simplified verson of the plea agreement for Mr. Mosquera in Spanish and counseled that he should read it carefully. Once Mr. Mosquera read the simplified Spanish version of the plea agreement. He was able to discuss with counsel the statutory penalties, the federal sentencing guidelines, the drug quantity table, and the possible enhancements in the recommended guideline range.

In the course of discussing the plea agreement with Mr. Mosquera, counsel pointed out that the plea agreement required him to agree that he was responsible for a quantity of drugs greater than the drugs allegedly seized in the case. It required him to agree to a two level enhancement in the offense level for his alleged supervisory role. It required him to relinquish ab initio the posibility of qualifying for safety valve treatment. It would also require that he waive all possible appellate claims, including the claim that counsel was ineffective, or that a retroactive changes in law could result in dismissal of any charges against him. It would also require him to waive any jurisdictional claim that the charge is improperly laid against him because the government has misused the statute. He would also have to waive any defense that his prosecution is a violation of international law and, specifically, the promises made by the United States to Colombia that he would be tried only based on the conduct that was the predicate for his extradition.

The government, in the plea agreement, threatens to inform the court of alleged uncharged conduct, in order, it says, to "correct any errors." But the defendant is not allowed to correct errors. Although the government demands that the defendant give up all of his appellate rights, it reserves its own right to appeal from the court's decisions.

This nudum pactum is offered to the defendant after the government attempted to have the defendant waive his right to discovery. Now discovery has been provided, but in such a form and quantity, that it is obvious that Mr. Mosquera, who can only read Spanish, would not be in a position to fully grasp the case against him.

In the circumstances of this case, counsel could not recommend that Alfredo Mosquera Murillo accept the plea offer. The defendant is prepared to make a counteroffer similar to counteroffers made in similar cases in recent years.

Counsel for the defendant prays the court will accept this pleading one day late. Counsel was engaged in a jury trial for the entire week past, and (to be candid) overlooked the deadline for this report.

Respectfully submitted,

Dated: May 23, 2015.

_____
Ron Earnest
Bar # 477305
6801 Kenilworth Ave. Ste. 120
Riverdale Park, MD 20912
(240) 401-5277

**CERTIFICATE OF SERVICE**

I hereby certify that an electronic copy of this pleading was served on all parties via the court's electronic case filing system (ECF).